IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| THE SCOOTER STORE HOLDINGS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | Case No. 13-10904 (PJW) |
| | ) | |

## DECLARATION OF MICHAEL T. ABEL

I, Michael T. Abel, declare under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1.      I am an Accountant, Division of Financial Management and Fee for Service Operations, Region III, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services ("CMS").  Among my responsibilities is the oversight of payment and overpayment issues for bankruptcy cases filed by Medicare providers and suppliers in the state of Delaware.

2.      The statements contained in this declaration are based on my personal knowledge, on information supplied to me by other employees of CMS and its contractors, or on records and information available to me in my official capacity.

3.      Most of the Debtors are Medicare enrolled suppliers which provide items of durable medical equipment and related supplies ("DME") to Medicare beneficiaries.  Those Debtors, along with their Medicare supplier identification numbers, are listed on Attachment A (the "Medicare Enrolled Debtors").

4.      On June 6, 2012, the Debtors, including the Medicare Enrolled Debtors, entered into an Extended Repayment Agreement with CMS (the "ERA"), under which the Medicare

-1-

Enrolled Debtors, as well as The Scooter Store – Holdings, Inc., and their future subsidiaries and affiliates, agreed to repay $19,500,000 to CMS over five years for self-identified overpayments related to items of DME provided to Medicare beneficiaries between May 11, 2009 and May 11, 2011. Those Debtors, identified as "Obligors" under the ERA, and listed on Exhibit A to the ERA, are the same as the Medicare Enrolled Debtors. As of April 15, 2013, the date the Debtors filed for bankruptcy (the "Petition Date"), there was approximately $13,666,667 outstanding on the $19,500,000 debt. As of September 5, 2013, there was approximately $13,125,000 outstanding on the $19,500,000 debt (the "ERA Claim").

5.      Suppliers of DME submit claims and receive Medicare payment from the Medicare Administrative Contractor assigned to administer claims for DME for the geographic region in which the beneficiary receiving the DME resides ("DMAC").

6.      The Medicare Enrolled Debtors submit claims to all of the four DMACs for Durable Medical Equipment: NHIC, Corp. (Jurisdiction A, code 16003), National Government Services or NGS (Jurisdiction B, code 17003), CGS Administrators (Jurisdiction C, code 18003) and Noridian Administrative Services (Jurisdiction D, code 19003).

7.      The DMACs perform a variety of functions, including: (a) processing and paying "clean claims," (b) making "redetermination" decisions when a claim denial is appealed; (c) performing more in-depth post-payment review; (d) adjusting incorrect payments and recovering overpayments; and (e) furnishing timely information and reports that CMS requests. They also provide supplier education and technical assistance.

8.      A Medicare supplier's right to payment arises when it provides a covered item of DME to a Medicare beneficiary. The Medicare Enrolled Debtors furnish DME to Medicare beneficiaries via sale or lease, and then bill Medicare for that DME. Generally, the date of

service for all items of DME is the delivery date of the DME, or the monthly anniversary of the delivery date for monthly lease payments. Medicare Program Integrity Manual, CMS Publication 100-08, Chapter 5, § 5.13.

9.    The DMACs have, on various dates, notified the Medicare Enrolled Debtors of overpayments by the DMACs.

10.    As of June 28, 2013, the Medicare Enrolled Debtors had been overpaid by the Medicare program by $ 5,207,832.53 for DME services rendered during 2009-2013 (the "DMAC Overpayments"). *See* Attachment B, column "DMAC Prepetition Overpayments at 6/28/2013" (identifying overpayments by Debtors' tax identification number). The specific claims and dates of service associated with the overpayments identified in the "DMAC Prepetition Overpayments at 6/28/2013" column are identified in column "From service date" on Attachment C. All of the dates of service associated with the DMAC Overpayments are before the Petition Date. The DMAC Overpayments exclude interest.

11.    The $ 5,207,832.53 of prepetition overpayments was compiled using information stored within CMS's standard systems. This information is presented in Attachment C and summarized on Attachment B. The CMS standard system is maintained in the ordinary course of business and contains all provider and supplier transactions, including Medicare overpayments, processed by the Medicare program. The CMS standard system is updated daily by the Medicare system maintainer based on claims submitted by the suppliers and processing of those claims by the DMACs. Through the CMS Office of Information Systems, reports were generated to obtain all Medicare overpayments made to each Debtor (based on Tax Identification Number) through June 28, 2013. The reports identified all Medicare overpayments with a date of service prior to the Petition Date of April 15, 2013. The Medicare overpayment information was forwarded to

each DMAC for review and validation and was saved on Excel spreadsheets (Attachment C). Based on the spreadsheets, 2,054 Medicare overpayments totaling $ 5,207,832.53 were made to the Debtors. These totals included the current balance of the overpayment but excluded interest. Through the use of an Excel pivot table, the total amount of Medicare overpayments for each Scooter Store entity was identified by Tax Identification Number. *See* Attachment B, column "DMAC Prepetition Overpayments at 6/28/2013".

12.     As of August 30, 2013, the DMACs have paid the Medicare Enrolled Debtors $ 10,109,242.30 postpetition for items of DME supplied before the Debtors filed for bankruptcy on April 15, 2013, the Petition Date. The amounts paid postpetition to each Medicare Enrolled Debtor, by tax identification number, for prepetition services is listed on column "Postpetition Claim Payments for Prepetition Services (or Debtors' Prepetition Amounts) as of 8/30/2013" of Attachment B to this Declaration (the "Debtors' Prepetition Amounts"). The specific claims and dates of service associated with each claim within the Debtors' Prepetition Amounts are identified on Attachment D. *See* Attachment D, column "From Date of Service". All of the dates of service associated with the Debtors' Prepetition Amounts are before the Petition Date. *Id.* The specific payment amounts for each claim are identified on Attachment D. *See* Attachment D, column "Provider Payment Amount."

13.     The $ 10,109,242.30 of postpetition claim payments for prepetition services was compiled using information stored in the Integrated Data Repository ("IDR"). This information is presented on Attachment D. The IDR is a data warehouse maintained by the CMS data center in the ordinary course of business that contains all provider and supplier claims processed by the Medicare program. The IDR is updated daily by the Medicare system maintainer based on claims processed by the DMACs. The CMS Office of Information Systems ran a query of the

information in the IDR to obtain all Medicare claim payments made to each Debtor (based on

Tax Identification Number).  The query identified all Medicare payments with a paid date from

April 15, 2013 through August 30, 2013 with a date of service prior to the Petition Date of April

15, 2013.  The Medicare claim payment information extracted from the IDR data warehouse was

saved on an Excel spreadsheet (Attachment D and summarized on Attachment B).  Based on the

spreadsheet, 50,124 Medicare claim payments totaling $ 10,109,242.30 were made to the

Debtors.  Through the use of an Excel pivot table, the total amount of Medicare claim payments

for each Scooter Store entity was identified by Tax Identification Number.  *See* Attachment B,

column "Postpetition Claim Payments for Prepetition Services (or Debtors' Prepetition

Amounts) as of 8/30/2013."

14.    On April 17, 2013, at CMS's direction, the Debtors' DMACs imposed an

administrative freeze on a portion of the Debtors' Prepetition Amounts pending a request to this

Court to set-off the "frozen" monies against the approximately ERA Claim and the DMAC

Overpayments.

15.    CMS directed that the administrative freeze be lifted on April 26, 2013, pursuant

to a stipulation between the Debtors and the United States (the "Stipulation").  The Stipulation

permits CMS to setoff amounts owed to it by the Debtors against postpetition funds up to the

amount paid by CMS for prepetition services.  Stipulation, Paragraph 2.a.  The freeze was lifted

the following week and all of the Frozen Amounts have been paid to the Medicare Enrolled

Debtors.

16.    Since the Petition Date, the Medicare Enrolled Debtors continue to bill CMS for

services, and the DMACs continue to pay the Medicare Enrolled Debtors for these services.

17.    From April 28, 2013 to September 7, 2013, CMS has paid the Medicare Enrolled

Debtors $ 23,071,256.51.  During the week of April 28, 2013 to May 4, 2013, CMS paid the

Medicare Enrolled Debtors $2,163,149.54.  *See* Attachment E.  During the week of September 1,

2013 to September 7, 2013, CMS paid the Medicare Enrolled Debtors $924,484.16.  *See id.*  This

represents a drop of approximately 58%.  The amounts paid postpetition to each Medicare

Enrolled Debtor, by tax identification number, is listed by week on Attachment E to this

Declaration.

18.    The $ 23,071,256.51 of postpetition payments was compiled using information

stored in the Integrated Data Repository ("IDR").  This information is presented on

Attachment E.  The IDR is a data warehouse maintained by the CMS data center in the ordinary

course of business that contains all provider and supplier claims processed by the Medicare

program.  The IDR is updated daily by the Medicare system maintainer based on claims

processed by the DMACs.  The CMS Office of Information Systems ran a query of the

information in the IDR to obtain all Medicare claim payments made to each Debtor (based on

Tax Identification Number) on a weekly basis.  The query identified all Medicare payments with

a paid date from April 28, 2013 through September 7, 2013.  The Medicare claim payment

information extracted from the IDR data warehouse was saved on an Excel spreadsheet

(Attachment E).  Based on the spreadsheet, payments totaling $ 23,071,256.51 were made to the

Debtors.

Pursuant to 28 U.S.C. § 1746(2), I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this the __12th__ day of September, 2013.

_Michael T. Abel_

Michael T. Abel
Financial Management Branch
Division of Financial Management
     and Fee for Service Operations, Region III
Centers for Medicare & Medicaid Services,
United States Department of Health and Human